JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carpenters Southwest Administrative Corp., et al., </br></br>       Plaintiff, </br></br>    v. </br></br>FTR International, Inc ., et al., </br></br>       Defendant(s). | SACV 12-00419 JVS (RNBx) </br></br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   March 1, 2013

_____
James V. Selna
United States District Judge