1   MARGARET R. GIFFORD, Bar No. 118222
    Email Address: mgifford@deconsel.com
2   DeCARLO & SHANLEY,
    a Professional Corporation
3   533 S. Fremont Avenue, Ninth Floor
    Los Angeles, California  90071-1706
4   Telephone (213) 488-4100
    Telecopier (213) 488-4180
5

6   Attorneys for Plaintiffs, CARPENTERS
    SOUTHWEST ADMINISTRATIVE CORPORATION
7   and BOARD OF TRUSTEES FOR THE CARPENTERS
    SOUTHWEST TRUSTS
8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                         WESTERN DIVISION

12  CARPENTERS SOUTHWEST          )  CASE NO. SACV 12-0419 JVS (ANx)
    ADMINISTRATIVE CORPORATION,   )
13  a California non-profit corporation, etc.,  )
                                  )
14             Plaintiffs,        )  PURSUANT TO STIPULATION FOR
                                  )  ENTRY OF JUDGMENT AS TO FTR
15  v.                            )  INTERNATIONAL, INC., a California
                                  )  corporation, only
16  FTR INTERNATIONAL, INC., a    )
    California corporation, etc.,  )
17                                )
               Defendants.        )  Before The Honorable
18  _____ )        James V. Selna

19

20         Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE

21  CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES

22  FOR THE CARPENTERS SOUTHWEST TRUSTS, ("PLAINTIFFS"), have

23  judgment against defendant, FTR INTERNATIONAL, INC., a California

24  corporation, as follows:

25  ////

26

27  ////

28

1    That judgment be entered in favor of PLAINTIFFS for damages in the

2  amount of $115,084.57. Less credit for payments not accounted for.

3

4

5  Dated:  May 14, 2013

6  _____
   THE HONORABLE JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE

7

8  Presented by,

9  DeCARLO & SHANLEY,
   a Professional Corporation

10

11

12 By: /s/ Margaret R. Gifford   4/26/13
       MARGARET R. GIFFORD
   Attorneys for Plaintiffs,
13 CARPENTERS SOUTHWEST ADMINISTRATIVE
   CORPORATION and BOARD OF TRUSTEES FOR THE
14 CARPENTERS SOUTHWEST TRUSTS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2