MARGARET R. GIFFORD, Bar No. 118222
Email Address: mgifford@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180


Attorneys for Plaintiffs, CARPENTERS
SOUTHWEST ADMINISTRATIVE CORPORATION
and BOARD OF TRUSTEES FOR THE CARPENTERS
SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation, etc., <br><br> Plaintiffs, <br><br> v. <br><br> FTR INTERNATIONAL, INC., a California corporation, etc., <br><br> Defendants. | CASE NO. SACV 12-0419 JVS (ANx) <br><br> PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT AS TO FTR INTERNATIONAL, INC., a California corporation, only <br><br> Before The Honorable <br> James V. Selna |

Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE

CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES

FOR THE CARPENTERS SOUTHWEST TRUSTS, ("PLAINTIFFS"), have

judgment against defendant, FTR INTERNATIONAL, INC., a California

corporation, as follows:

////

////

1    That judgment be entered in favor of PLAINTIFFS for damages in the

2  amount of $115,084.57. Less credit for payments not accounted for.

3

4

5  Dated:  May 14, 2013

   _____
6                             THE HONORABLE JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE

7

8  Presented by,

9  DeCARLO & SHANLEY,
   a Professional Corporation
10

11
   By: /s/ Margaret R. Gifford   4/26/13
12     MARGARET R. GIFFORD
   Attorneys for Plaintiffs,
13  CARPENTERS SOUTHWEST ADMINISTRATIVE
   CORPORATION and BOARD OF TRUSTEES FOR THE
14  CARPENTERS SOUTHWEST TRUSTS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2