1 | MARGARET R. GIFFORD, Bar No. 118222
Email Address: mgifford@deconsel.com
2 | DeCARLO & SHANLEY,
a Professional Corporation
3 | 533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
4 | Telephone (213) 488-4100
Telecopier (213) 488-4180
5 |

6 | Attorneys for Plaintiffs, CARPENTERS
SOUTHWEST ADMINISTRATIVE CORPORATION
7 | and BOARD OF TRUSTEES FOR THE CARPENTERS
SOUTHWEST TRUSTS
8 |

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | WESTERN DIVISION

12 | CARPENTERS SOUTHWEST ) CASE NO. SACV 12-0419 JVS (ANx)
ADMINISTRATIVE CORPORATION, )
13 | a California non-profit corporation, etc., )
) AMENDED JUDGMENT
14 | Plaintiffs, ) PURSUANT TO STIPULATION FOR
) ENTRY OF JUDGMENT AS TO FTR
15 | v. ) INTERNATIONAL, INC., a California
) corporation, only
16 | FTR INTERNATIONAL, INC., a )
California corporation, etc., )
17 | )
Defendants. ) Before The Honorable
18 | _____ ) James V. Selna

19 |

20 | Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE

21 | CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES

22 | FOR THE CARPENTERS SOUTHWEST TRUSTS, ("PLAINTIFFS"), have

23 | judgment against defendant, FTR INTERNATIONAL, INC., a California

24 | corporation, as follows:

25 | ////

26 |

27 | ////

28 |

1    That judgment be entered in favor of PLAINTIFFS for damages in the

2    amount of $115,084.57. Less credit for payments not accounted for.

3

4    Dated:  June 5, 2013                    _____

5                                            THE HONORABLE JAMES V. SELNA
                                             UNITED STATES DISTRICT JUDGE
6

7    Presented by,

8    DeCARLO & SHANLEY,
     a Professional Corporation
9

10
     By: /s/ Margaret R. Gifford   4/26/13
11     MARGARET R. GIFFORD
     Attorneys for Plaintiffs,
12   CARPENTERS SOUTHWEST ADMINISTRATIVE
     CORPORATION and BOARD OF TRUSTEES FOR THE
13   CARPENTERS SOUTHWEST TRUSTS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28