1  CASEY JENSEN, Bar No. 263593
   cjensen@shanleyapc.com
2  STEPHEN ZELLER, Bar No. 265664
   szeller@shanleyapc.com
3  SHANLEY, a Professional Corporation
   533 S. Fremont Avenue, Ninth Floor
4  Los Angeles, California  90071-1706
   Telephone:  (213) 488-4100
5  Telecopier: (213) 488-4180

6  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
7  FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> FTR INTERNATIONAL, INC., a California corporation; NIZAR KATBI, an individual; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. 8:12-cv-00419-JVS-KES <br><br> AMENDED RENEWAL OF JUDGMENT BY CLERK |

The judgment debtor, FTR INTERNATIONAL, INC., a California corporation , ("DEFENDANT") having judgment entered against it on June 10, 2013.

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon

declaration that DEFENDANT has failed to pay the total amount of said judgment; and that DEFENDANT is indebted to CARPENTERS TRUSTS.

That judgment against DEFENDANT be renewed in the amount of $116,522.95 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

| | | | |
|---|---|---|---:|
| a. | Principal | $ | 115,084.57 |
| b. | Judgment interest | $ | 0.00 |
| c. | Costs | $ | 0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 | $ | 0.00 |
| Subtotal (Judgment as entered) | | $ | 115,084.57 |
| e. | Less credits after judgment | $ | 0.00 |
| f. | Interest after judgment computed from June 10, 2013 through April 28, 2022 at 0.14% ($0.45 per day) | $ | 1,438.38 |
| g. | Subtotal | $ | 116,522.95 |
| h. | Costs after judgment | $ | 0.00 |
| Total Renewed Judgment | | $ | 116,522.95 |

DATED August 1, 2022

_/s/ Evelyn Syquegue_
DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

SHANLEY, a Professional Corporation

BY:   /s/ Casey Jensen
       CASEY JENSEN
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts